# **EXHIBIT H**

APR/25/2014/FRI 04:10 PM                                    FAX No.                                    P. 001/001

ADAPT - PRODUCTION                 ATTN                                              Page 1 of 1

**PARID:** 56210 02310                                                          **JUR:** 28
**NBHD:** C1001                                                                 **ROLL:** RP_NY
**SIDDIQUI GROUP OF CO**

*school District. 004*              SBL: 56210 02310

1445 NEWBRIDGE RD                        BELLMORE 11710                          1004

Apportionment Effective Year
2000                                     *certified by*
                                         *5/31/14*

**Total By Lienid**

| Lienid | | | | | | | | | Total for Lienid |
|---|---|---|---|---|---|---|---|---|---|
| 2013003792 | | | | | | | | | 25,241.95 |
| | | | | Total: | | | | | 25,241.95 |

*total due*

**Open Tax by Collection Year - Lien**

| Lienid | Sub Billing Year | Roll | Cycle | Base | Penalty | Interest | Fees | Total | Due Date | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013003792 | 2013 | SOLD | S2 | 7,628.65 | .00 | 762.86 | .00 | 8,391.51 | 18-FEB-14 | |
| 2013003792 | 2013 | SOLD | T1 | 7,955.73 | .00 | 795.57 | .00 | 8,751.30 | 18-FEB-14 | |
| 2013003792 | 2013 | SOLD | T2 | 7,362.85 | .00 | 736.29 | .00 | 8,099.14 | 18-FEB-14 | |
| Total: | | | | 22,947.23 | .00 | 2,294.72 | .00 | 25,241.95 | | |

→ *Need certified bank check*
*(Due Date: 5/30/2014)*

**Lien Certificates**

| Lienid | Billing Yr | Rate | Code | Company | Redeem | Status | Payment | New Lienid |
|---|---|---|---|---|---|---|---|---|
| 2013003792 | 2013 | 2.00 | 001379 | L&L ASSOCIATES HOLDING CORP | | OPEN | | |

Printed on Friday, April 25, 2014, at 3:23:46 PM EST

*Tel. 516-571-2090 x 13/15*



# The Town of Hempstead Receiver of Taxes
## Credit Card and Electronic Check Payment System

Be sure the property address below matches the address of the property on which you wish to pay taxes.

If the property below is different from the property on which you wish to pay taxes, please go back and search by school district, section, block and lot.

| Bill # | Type | Property Address | Principal | Interest/ Penalties | Total Tax Amount Due | Convenience Fee* | Pay Now? |
|---|---|---|---|---|---|---|---|
| 0405454006 | 2013-2014 School Tax First Half Payment | 1445 NEWBRIDGE RD NORTH BELLMORE NY | $6,668.44 | $533.48 | $7,201.92 | (CC)    $180.05 (ECheck) $2.00 | ☐ |
| 0405454006 | 2013-2014 School Tax Second Half Payment | 1445 NEWBRIDGE RD NORTH BELLMORE NY | $6,668.43 | $0.00 | $6,668.43 | (CC)    $166.71 (ECheck) $2.00 | ☐ |

[View Bill]  [Pay Bills]  [New Search]

*If your payment is eligible for a discount, the convenience fee will be adjusted.

Terms Of Use        Powered by *Official Payments Corp.*
Customer Service -- (800) 487-4567 - Option 2 -- (M-F 8AM - 8PM)        PRIVACY STATEMENT



# The Town of Hempstead Receiver of Taxes
## Credit Card and Electronic Check Payment System

Be sure the property address below matches the address of the property on which you wish to pay taxes.

If the property below is different from the property on which you wish to pay taxes, please go back and search by school district, section, block and lot.

| Bill # | Type | Property Address | Principal | Interest/ Penalties | Total Tax Amount Due | Convenience Fee* | Pay Now? |
|---|---|---|---|---|---|---|---|
| 0405454006 | 2014 General Tax First Half Payment | 1445 NEWBRIDGE RD NORTH BELLMORE NY | $6,398.84 | $319.94 | $6,718.78 | (CC) $167.97 (ECheck) $2.00 | ☐ |
| 0405454006 | 2014 General Tax Second Half Payment | 1445 NEWBRIDGE RD NORTH BELLMORE NY | $6,398.83 | $0.00 | $6,398.83 | (CC) $159.97 (ECheck) $2.00 | ☐ |

[View Bill]   [Pay Bills]   [New Search]

*If your payment is eligible for a discount, the convenience fee will be adjusted.

**Terms Of Use**     Powered by **Official Payments Corp.**
Customer Service -- (800) 487-4567 - Option 2 -- (M-F 8AM - 8PM)     **PRIVACY STATEMENT**